# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| SIOUX FALLS ENVIRONMENTAL ACCESS, INC., and 2004 SC PARTNERS, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> ALPHONSO JACKSON, in his capacity as Secretary of the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and the IOWA FINANCE AUTHORITY, <br><br> Defendants. | No. C05-4133-MWB <br><br> **ORDER OF DISMISSAL** |

The parties to this action have executed certain documents and have agreed to the dismissal of this action with prejudice.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(2) and Local Rule 41.1.a.2, this action is dismissed with prejudice. The parties, by agreeing to this dismissal and by executing the documents, have not created or waived any right, claim, or action.

**IT IS SO ORDERED.**

**DATED** April 12, 2006.

_____
MARK W. BENNETT
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
Joel D. Vos
Attorney for the Plaintiffs


_____
Martha A. Fagg
Assistant U.S. Attorney


_____
Grant K. Dugdale
Assistant Attorney General of Iowa